IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JAN 24 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ESTATE OF KIRK ANTHONY FOSTER, through KELLY M. FOSTER, Personal Representative for the Estate of Kirk Anthony Foster, and KELLY M. FOSTER, as an individual, | CV 17–165–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| AMERICAN MARINE SVS GROUP BENEFIT PLAN, UNITED OF OMAHA LIFE INSURANCE COMPANY, AMERICAN MARINE CORP, and JOHN DOES 1–3, | |
| Defendants. | |

Defendants have moved to allow Steven R. Milch, Shane P. Coleman, and Brianne C. McClafferty to participate in the February 8, 2019 Preliminary Pretrial Conference via telephone (Doc. 27 at 1–2.) Plaintiffs do not oppose this Motion. Accordingly,

IT IS ORDERED that the Motion (Doc. 27) is GRANTED. Defendants may participate in the February 8, 2019 Preliminary Pretrial Conference via telephone. Counsel will be advised of the dial-in information prior to the conference.

-1-

DATED this 24th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-2-