

FILED

NOV 01 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF KIRK ANTHONY FOSTER, through KELLY M. FOSTER, Personal Representative for the Estate of Kirk Anthony Foster, and KELLY M. FOSTER, as an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MARINE SVS GROUP BENEFIT PLAN, UNITED OF OMAHA LIFE INSURANCE COMPANY, AMERICAN MARINE CORP., and JOHN DOES 1-3,<br><br>Defendants. | CV 17–165–M–DLC<br><br><br>ORDER |

Before the Court is Defendant United of Omaha Life Insurance Company's Motion for Admission *Pro Hac Vice* of Michael S. Beaver. (Doc. 72.) Mr. Beaver's application appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 72) is GRANTED on the condition that Mr. Beaver shall do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the

-1-

Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Beaver, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 1st day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court