IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF KIRK ANTHONY FOSTER, through KELLY M. FOSTER, Personal Representative for the Estate of Kirk Anthony Foster, and KELLY M. FOSTER, as an individual, | CV 17–165–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| AMERICAN MARINE SVS GROUP BENEFIT PLAN, AMERICAN MARINE CORP., and JOHN DOES 1–3, | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 109.)  The Stipulation states that Plaintiff sought payment of life insurance benefits, and those benefits have been paid.  (*Id.* at 2.)  Accordingly, the parties stipulate to the dismissal of this action with prejudice as fully settled upon the merits.  (*Id.*)

IT IS ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE as fully settled upon the merits.

DATED this 3rd day of January, 2022.

Dana L. Christensen, District Judge
United States District Court